■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SUAREZ, Appellant.—Judgment, Supreme Court, Bronx County (Frank Blangiardo, J.), rendered on July 9, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVIA WINOGRAD, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), rendered on January 30, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MORRIS, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on February 14, 1983, and judgment of said court (Michael Dontzin, J.), rendered on February 16, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on these appeals. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.

(October 11, 1985)

■ In the Matter of LENORA B. FULANI et al., Appellants, v ORLANDO VELEZ et al., Respondents.—Order, Supreme Court, New York County (Seymour Schwartz, J.), entered on or about October 3, 1985, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Bloom and Rosenberger, JJ.